**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, GABRIEL DORSEY

ADOLFO B. GARBER (CSB No. 117817)
3580 Wilshire Blvd., Suite 1780
Los Angeles, CA 90010
Telephone No. (213) 383-1131
Fax No. (213) 383-1139
abgarber@sbcglobal.net

Attorney for Defendant,
226 WEST FOOTHILL, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DORSEY,<br><br>          Plaintiff,<br><br>     vs.<br><br>226 WEST FOOTHILL, LLC; and DOES 1 to 10,<br><br>          Defendants. | Case No.: **2:21-cv-09320-FLA (JCx)**<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff GABRIEL DORSEY ("Plaintiff") and Defendant 226 WEST FOOTHILL, LLC (collectively, the "Parties") stipulate and jointly request that this Court enter a dismissal with prejudice as to the entire above-entitled action, in its entirety.  Each party shall bear his or her own costs and attorneys' fees.

Respectfully submitted,

DATED:  March 21, 2022          SO. CAL. EQUAL ACCESS GROUP

By: */s/        Jason J. Kim*
    Jason J. Kim
    Attorneys for Plaintiff

Dated:  March 21, 2022

*/s/ Adolfo B. Garber*
ADOLFO B. GARBER, Attorney for Defendant, 226 WEST FOOTHILL, LLC
Address: 3580 Wilshire Blvd., #1780
Los Angeles, CA   90010
Email: **abgarber@sbcglobal.net**

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 21, 2022          By: */s/ Jason J. Kim*
                                    Jason J. Kim