JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL DORSEY,<br><br>                    Plaintiff,<br><br>          v.<br><br>226 WEST FOOTHILL, LLC; and<br>DOES 1 to 10,<br><br>                    Defendant. | Case No. 2:21-cv-09320-FLA (JCx)<br><br>**ORDER DISMISSING ACTION**<br>**[DKT. 22]** |

1

1    On March 21, 2021, Plaintiff Gabriel Dorsey ("Plaintiff") and Defendant 226
2    West Foothill, LLC ("Defendant") filed a Joint Stipulation for Dismissal of the Entire
3    Action with Prejudice ("Stipulation").  Dkt. 22.  Having considered the Stipulation
4    and finding good cause therefor, the court hereby ORDERS:

5    　　　　1.  All deadlines governing this action are vacated.
6    　　　　2.  The court DISMISSES the action with prejudice, with each party to bear
7    　　　　　　his or its own costs and attorney's fees.

8
9    　　IT IS SO ORDERED.
10
11   Dated: March 23, 2022

12   _____
     FERNANDO L. AENLLE-ROCHA
13   United States District Judge

2